■ ELVIS CASTELLANOS, Plaintiff, v CBS INC. et al., Defendants. THE TAUB LAW FIRM, PC, Nonparty Appellant; KEOGH CRISPI, P.C., Nonparty Respondent. [932 NYS2d 339]—

The motion court providently exercised its discretion in apportioning the contingency fee (*see Garrett v New York City Health & Hosps. Corp.*, 25 AD3d 424, 425 [2006]). The court properly considered all relevant factors, including time spent on the case, the quality of the work performed, and the amount recovered (*see Diakrousis v Maganga*, 61 AD3d 469 [2009]). We modify solely to correct the amount of the total fee to be apportioned.

We have considered the incoming counsel's remaining arguments and find them unavailing. Concur—Tom, J.P., Andrias, Acosta, Freedman and Richter, JJ.